**Order entered November 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00031-CV

**YOUNG YOO, IRVING SUPERMART, L.L.C. AND ACACIA LAS LOMAS, L.L.C., Appellants**

**V.**

**A-1 MARKETING, INC., Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-05632**

## ORDER

The reporter's record in this appeal is incomplete. On September 30, 2019 we ordered court reporter Vielicia Dobbins to not sit as a reporter until she filed a reporter's record of proceedings held in this case on July 16, 2018 and September 21, 2018. The record was first due May 7, 2019 and was requested by appellant on January 15, 2019. Despite our order that she not sit, the record has not been filed and Ms. Dobbins has not otherwise communicated with the Court.

Because this appeal cannot proceed without the complete record, we **REMAND** the case to the trial court for a hearing to determine why the record has not been filed. The court shall determine first whether a record of those proceedings was taken and, if taken, shall then

determine whether the record has been lost or destroyed through no fault of appellant. *See* TEX. R. APP. P. 34.6(f). If the record has not been lost or destroyed, the court shall determine the date by which the record can be filed. If the record has been lost or destroyed through no fault of appellant, the court shall determine whether the lost or destroyed record is necessary to the appeal's resolution and can be replaced by agreement of the parties. *See id.* The court shall hold the hearing **no later than December 6, 2019** and shall have its findings of fact filed in a supplemental clerk's record with this Court **no later than December 11, 2019**. A reporter's record of the hearing shall also be filed with this Court **no later than December 11, 2019.**

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court; the Honorable Bridgett N. Whitmore, Presiding Judge of the 193rd Judicial District Court and the court for which Ms. Dobbins is currently the official reporter; Ms. Dobbins; the Dallas County Auditor's Office; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. The appeal will be reinstated no later than December 16, 2019.

/s/     KEN MOLBERG
         JUSTICE